E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4861
  Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NICOLE LYNN AREBALO, | ) Case No. 2:24-cv-00978-SHK |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] **JUDGMENT** |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 4/2/2024

HONORABLE JUDGE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE